USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_4/3/2026_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MANUEL MARQUINA, a/k/a/ LUIS GARCIA
*on behalf of himself, FLSA Collective Plaintiffs, and the Class,*

               Plaintiff,

   v.

STOUT NYC HOSPITALITY GROUP INC., *et al.,*

            Defendants.

**Case No.:** 1:25-cv-03867

<u>**RULE 68 JUDGMENT**</u>

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants having offered to allow Plaintiff Manuel Marquina, a/k/a/ Luis Garcia ("Plaintiff") to take a judgment against them, in the sum of Sixty-Nine Thousand Dollars and No Cents ($69,000.00) ("Judgment Amount"), inclusive of all Plaintiff's attorneys' fees, expenses, and costs that have accrued as of the date of this Offer of Judgment, to resolve all of Plaintiff's claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated April 1, 2026 and filed as Exhibit A to Docket Number 44;

    **WHEREAS**, on April 1, 2026, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 44);

    It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Manuel Marquina, a/k/a/ Luis Garcia, in the sum of $69,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated April 1, 2026 and filed as Exhibit A to Docket Number 44. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

Dated: April 3, 2026
     New York, New York

_____
SARAH NETBURN
United States Magistrate Judge